Local AO 246B  (Rev 11/19/09) Order for a Presentence Investigation and Report

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:18-cr-00171-SRU-3 |
| David Reichard | ) | |
| *Defendant* | ) | |

## ORDER FOR A PRESENTENCE INVESTIGATION AND REPORT

This defendant having been found guilty of one or more offenses against the United States, the probation office is ordered to conduct an investigation and prepare a *(check one)* ☒ standard report ☐ modified report, to be used by this court in sentencing.

**IT IS FURTHER ORDERED** that:

☐ At least 35 days before sentencing or ☒ by _____Jun 17, 2019_____, the initial presentence report shall be disclosed to counsel.

☐ Within 14 days after receiving the report or ☒ by _____Jul 1, 2019_____, the counsel shall submit to the probation office any objections in writing, or a statement that there are no objections.

☐ No later than 14 days after the deadline for counsel's objections or ☒ _____Jul 11, 2019_____, the probation officer shall submit the final presentence report and any addenda to the court.

Sentencing Memorandum Date:  _7 days before sentencing_

Response to Sentencing Memorandum Date:  _4 days before sentencing_

The sentencing date *(check one)* ☒ is set for  _7/29/19@11am_
☐ will be set at a later date.

Within 3 days, the probation officer and defense counsel will arrange for a mutually convenient date, time, and place for the presentence interview.

Date:  _May 6, 2019_                                    /s/Stefan R. Underhill
                                                           *Judge's signature*

                                                  STEFAN R. UNDERHILL, UNITED STATES DISTRICT JUDGE
                                                           *Printed name and title*