UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:18-cr-171 (SRU) |
| v. | |
| DAVID REICHARD | June 26, 2019 |

RESPONSE TO ORDER TO SHOW CAUSE

The defendant was released from custody on October 11, 2018 whereupon he immediately entered a long-term rehabilitation facility known as the McCaull Center for Behavioral Health, where he has been successfully living and treating ever since. Due to an oversight of some sort, none of the usual paperwork associated with pretrial release was issued or signed. This oversight came to light shortly after the defendant changed his plea on May 6, 2019. The Court Clerk thereafter requested that counsel pick up the release paperwork at the US District Court in Bridgeport, which counsel did on or about May 15, 2019.

Because the defendant is living in Torrington at the rehabilitation facility, counsel waited to meet up with him until his PSR interview on June 4, 2019, when he signed his conditions of release. Counsel did not have the sureties sign their paperwork until June 21, 2019, after he was reminded by the Court's OTC issued on June 19, 2019. Per the Court's order, counsel filed all of the signed release paperwork on June 21, 2019.

The defendant should not be remanded into custody because the failure to have the signed paperwork filed promptly was due solely to undersigned counsel's negligence and was not in any way the fault of the defendant.

Counsel is a proverbial "one-man band" in his practice and has been unusually

swamped with work. Counsel finished his second trial in 5 months at the end of April and has been scrambling to catch up on work ever since. Moreover, in the last 30-60 days counsel has been taking on a significant additional caseload from Attorney Robert Bello who this month is retiring from practice at the age of 82 in order to take a job as the State of Connecticut Director of Judicial Review in Hartford.

In sum, the fault for the failure to obtain signatures and file the release paperwork in a timely manner belongs solely to undersigned counsel; thus, the defendant ought not be derailed from his progress and held responsible for counsel's conduct.

Dated: Stamford, Connecticut
June 26, 2019

Respectfully Submitted,

/s/
Lindy R. Urso (20315)
810 Bedford Street, Suite 3
Stamford, CT 06901
Tel: 203-325-4487
Fax: 203-357-0608
lindy@lindyursolaw.com

CERTIFICATION OF SERVICE

This certifies that on June 26, 2019, a copy of the foregoing Response was filed via ECF.

/s/
Lindy R. Urso