IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:18CR171 (SRU) |
| VINCENT DECARO,<br>ARBER ISAKU, and<br>DAVID REICHARD | **June 16, 2021** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Patrick J. Doherty, Assistant United States Attorney.

        Respectfully submitted,

        LEONARD C BOYLE
        UNITED STATES ATTORNEY

        __/s/_____
        PATRICK J. DOHERTY
        ASSISTANT U.S. ATTORNEY
        Federal Bar No. PHV10400
        1000 Lafayette Blvd., 10th Fl.
        Bridgeport, CT 06604

## CERTIFICATE OF SERVICE

This is to certify that on June 16, 2021, a copy of the foregoing was filed electronically and served by first-class United States mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                           /s/
                           PATRICK J. DOHERTY
                           ASSISTANT U.S. ATTORNEY