UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18CR171 (SRU) |
| | : | |
| v. | : | |
| | : | |
| DECARO, et al | : | June 16, 2021 |

### MOTION TO WITHDRAW

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the Government moves to withdraw the appearance of Assistant United States Attorney Douglas P. Morabito as counsel for the United States of America since the undersigned is leaving Government employment.

Accordingly, the Government respectfully requests that the Court grant this motion to withdraw.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*/s/ Douglas P. Morabito*
Douglas P. Morabito
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Douglas.morabito@usdoj.gov
203-821-3700
Fax: 203-773-5373

**CERTIFICATE OF SERVICE**

    This is to certify that on the date above a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                    /s/ *Douglas P. Morabito*
                                    DOUGLAS P. MORABITO
                                    ASSISTANT UNITED STATES ATTORNEY